UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS T. RIGGIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AIMS OPERATING CORP., INC., et al.,<br><br>　　　　Defendants. | Case No.  15-2773 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: February 3, 2016<br>Mediator: David Bluhm |

IT IS HEREBY ORDERED that the request to excuse defendant Mike Thompson RV's corporate representative from appearing in person at the February 3, 2016, Mediation before David Bluhm is GRANTED.  The corporate representative shall participate telephonically in the Mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: February 2, 2016

Maria-Elena James
United States Magistrate Judge