UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS T. RIGGIN,<br><br>           Plaintiff,<br><br>   v.<br><br>AIMS OPERATING CORP., INC., et al.,<br><br>           Defendants. | Case No. 5:15-cv-02773-PSG<br><br>**ORDER TO SHOW CAUSE** |

On April 1, 2016, the mediator certified that mediation had been conducted on February 3, 2016, and that the case had settled.[1]  To date, no dismissal has been filed.  No later than April 12, 2016, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.  Alternatively, Plaintiff shall file a dismissal so that the court may close this case.

**SO ORDERED.**

Dated: April 5, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket at April 1, 2016.