UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS T. RIGGIN,<br><br>        Plaintiff,<br><br>   v.<br><br>AIMS OPERATING CORP., INC., et al.,<br><br>        Defendants. | Case No. 5:15-cv-02773-PSG<br><br>**ORDER GRANTING TIME TO COMPLETE SETTLEMENT**<br><br>**(Re: Docket No. 63)** |

Last week, the court ordered Plaintiff Douglas T. Riggin to show cause why this case should not be dismissed for failure to prosecute, given that the mediator had certified that the case had settled.[1] Riggin states that he is wary of dismissing the case until the terms of the settlement are met, and that the parties anticipate this will happen by May 31, 2016.[2] He asks the court not to dismiss this case until the settlement is concluded. Riggin's request is GRANTED. No later than June 1, 2016, the parties shall file a dismissal or show cause why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: April 12, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 62.

[2] *See* Docket No. 63 at ¶ 3.

1
Case No. 5:15-cv-02773-PSG
ORDER GRANTING TIME TO COMPLETE SETTLEMENT